In the Matter of the Petition of MILTON MILLER to Prove the Last Will and Testament of EDWARD H. MILLER, Late of the County of Kings, Deceased. CLAIRE PASTER MILLER, Appellant; SYLVIA SMITH, Respondent.— Motion by appellant to direct the Surrogate's Court of Kings county to allow the costs and disbursements provided for in the order of this court dated December 15, 1936, denied. [See 249 App. Div. 752.] Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.

In the Matter of JULIUS L. ROSENTHAL, an Attorney, Respondent.— Motion for reargument of respondent's motion to confirm report of official referee denied. [See 250 App. Div. 421.] Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ. [See post, p. 833.]

In the Matter of the Application of RUBEL CORPORATION, Respondent, v. PAUL Moss, Commissioner of Licenses of the City of New York, Appellant, and the DEPARTMENT OF LICENSES OF THE CITY OF NEW YORK, Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of JOSEPH E. SLEVIN, an Attorney and Counselor at Law.— Proceeding dismissed. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.

ZACARIAS KOLITZ, Respondent, v. GEORGE VAZULAS and MATILDA ZAZULAS, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.

GEORGE LANG, as Administrator, etc., of ALICE LANG, Deceased, Appellant, v. ERIE RAILROAD COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.

JULIA RUSSO, Respondent, v. ROSA SORRENTINO, Appellant. ANTONIO RUSSO, Respondent, v. ROSA SORRENTINO, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Motion for a stay denied. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.

LOUIS F. SCHULTZE, as Receiver of S. W. STRAUS & Co., INCORPORATED, a New York Corporation, Appellant, v. MANUFACTURERS TRUST COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.